ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Parsons Corporation | ) ASBCA No. 59387 |
| | ) |
| Under Contract No. FA8903-06-D-8516, *et al.* | ) |

APPEARANCES FOR THE APPELLANT:        Kevin J. Slattum, Esq.
                                      Mary E. Buxton, Esq.
                                        Pillsbury Winthrop Shaw Pittman LLP
                                        Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:       E. Michael Chiaparas, Esq.
                                        DCMA Chief Trial Attorney
                                      Lawrence S. Rabyne, Esq.
                                        Trial Attorney
                                        Defense Contract Management Agency
                                        Arlington Heights, IL

ORDER OF DISMISSAL

This case has settled. Accordingly, pursuant to the request of the parties in their "Joint Motion to Dismiss with Prejudice," dated 27 May 2016, this case is hereby DISMISSED WITH PREJUDICE.

Dated: 3 June 2016

J. REID PROUTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59387, Appeal of Parsons Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals